RECEIVED
FEB 09 2021
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAMMY JEFFERSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:07CR00184 ERW |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) Ex Parte |

Honorable Judge: E. Richard Webber, this unexpected correspondence is to thank you for allowing my family's grave concerns and voice to be heard sincerely, most importantly from the youngest sibbling in my great family.

I believe that her endeavors concerning my readily moment to return back home after being captive for so many years brings her a spiritual insight.

Your honor: As you are well aware, I have filed enumerous pleadings in your chambers, requesting for relief on various issues but my cries has fallen on deaf ears, until I received a recent e-mail from my lovely sister highlighting that in fact you would

like to hear from me, explaining as to why you should give compassionate release on my defense.

Your honor; As you are acquaintance from previous visits into your chambers, I have always taken full responsibilities for my actions and/or inactions. Therefore, I will cut straight to who I am today, oppose to who I was at 26 years old.

Your honor; please make no mistakes about it, there's been plenty of bumps, obstacles, and many rainy days in the road along this journey, struggles that are unimaginable to the average human mind, but by the grace of God I am breathing very optomistically that my future has been promising, from the the very start of my sentence, sentence that you ordered for me to serve, because of my immaturity while in the society. That specify sentence was never served close to home as you recommended, including the concurrent sentence, jail credit that you ordered.

The Bureau took the measures to disregard every order on that very first day of judgment and its provisions by sending me across the otherside of the nation.

EX parte

avoiding to include me in the (500) hour Residential Drug Abuse Treatment Program (RDAP) by documenting bureau-wide that I do not have a drug problem after conducting the psychological clinical assesment.

Second, the ("BOP") Designation and Computation Center (DSSS) applied an overlap additional (7) seven months sentence to your intial intended concurrent (J&C), by changing your language from "concurrent sentence" to mean something other than your intent.

Third, I also believe rehabilitation should not be about an extensive sentence, but rather than the maturity and the development of the mind for the betterment of myself and helping others that might fall in the same path I took. Working a 9-5 Job like most americans and/or owning your own business beats been incarcerated one year out of your life time, oppose to (20) years or a life sentence. This calculation alone will make anybody with common sense to retired from the life of crime, and I can honestly say that I didnt retired or got fired "I QUIT". Your Honorable I know you have seen it all throughout your career and the vast of recidivism in and/out the doors, perhaps I am a victim - myself by choice I played an enormous role in life the allure of the streets had me caught up in a web, now that I know who I am and what I can become, has my mind free and life is viewed different from the way Sammy Jefferson prior perspective on life.

Ex parte

I understand my institution record says something way different However; those infractions does'nt define me. My mindset now is like the distance between the sun and the earth things that once had a significance in my life does'nt any more.

Your honor; In closing, this is my fifteenth (15) year behind the wall, losing relatives and friends during this pandemic at an alarming rate, being deprived of freedom and liberty for so long. It is time that I get back home and assist my dear mother and father which are very ill and aging every day. I plan to give back to my community a taste of a fresh start by creating a non-profit organization called "LETS MAKE OUR CITY SAFE 4 ONCE". I am a firm believer and I have definitely learned a big lesson in life. I am asking to be granted compassionate release.

By: Sammy Jefferson
Reg No: 29076044

January 20th, 2021

Ex parte

## VERIFICATION

Pursuant to 28 U.S.C. §1746, I, Sammy Jefferson declare and verify, under penalty of perjury under the Laws of the State of Colorado and the United States of America, that I have read the foregoing and that it is true and correct to the best of my belief and knowledge.

Dated this 20th, day of January, 2021

By: /s/ Sammy Jefferson

Reg No. 29076044

United States Penitentiary
USP Florence
P.O. Box 7000
Florence, Colorado 81226-7000

Ex. Parte

## CERTIFICATE OF SERVICE

I, Sammy Jefferson, hereby certify that I have caused to be served to the below named true and correct copies 1 of the foregoing was mailed on 1/20/2021 to Honorable Judge E. Richard Webber U.S. District court 111 South 10th Street, St. Louis, Missouri 63102

Postage pre-paid first class mail, via United States Postal Service, deposited in the U.S. Penitentiary Prison Mail Box, USP Florence, Florence, Colorado.

7020 0640 0000 0333 8914

By: Sammy Jefferson

Dated: January 20th, 2021

Ex. parte

Page 6 of 6



Sammy Jefferson, 29076044
P.O. Box 7000
USP Florence
U.S. Penitentiary
Florence, Colorado 81226-7000

CERTIFIED MAIL
7020 0640 0000 0333 8914

FEB 09 2021
BY MAIL

Honorable Judge E. Richard Webber
U.S. District Court Eastern Division
111 South 10th Street
Saint Louis, Missouri 63102

LEGAL MAIL